# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JANICE EDWARDS**, on behalf of Minor **J.E.**, **CYNTHIA ECHAURI**, on behalf of minor **A.E.**, individually, and on behalf of a class of others similarly situated, | Case No. 3:19-cv-00240-AC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **YAMHILL COUNTY**, **TIM SVENSON**, personally, **JESSICA BEACH**, personally, and **SCOTT PAASCH**, personally, | |
| Defendants. | |

Based on this Court's Order, ECF 70, adopting Judge Acosta's Findings and

Recommendation, ECF 63, **IT IS ADJUDGED** that Defendants' motion to dismiss, ECF 50, is

GRANTED and this case is DISMISSED with prejudice.


DATED this 17th day of March, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge